# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Matter of the Application of David Gingras,<br><br>                Applicant. | No. MC-24-00052-PHX-MTL<br><br>**ORDER** |

Before the Court is Applicant David Gingras's Application for an Order Authorizing a Subpoena Duces Tecum pursuant to 17 U.S.C. § 512(h) (Doc. 1).

**IT IS ORDERED** granting Applicant's Application (Doc. 1).

**IT IS FURTHER ORDERED** directing the Clerk of Court to issue Applicant's subpoena attached to his Application at Doc. 1.

Dated this 26th day of December, 2024.

Michael T. Liburdi
United States District Judge